UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NYLES MOORE | DOCKET NO. _____ |
| VERSUS | JUDGE _____ |
| CHRISTOPHER GIBBS AND CRUZ ENTERPRISES, LLC | MAGISTRATE _____ |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the Defendant, Christopher Gibbs and Cruz Enterprises, LLC, remove this civil action to this Honorable Court as provided for by law.

**Introduction**

1. On October 10, 2023, Nyles Moore ("Plaintiff" or "Moore") filed a Petition in the Twenty-Sixth Judicial District Court, Webster Parish, Louisiana, where the case was assigned number 80,999 "F" (the "State Action"). Plaintiff named Christopher Gibbs and Cruz Enterprises, LLC, as defendants. The State Action Petition was served on Cruz Enterprises, LLC, via Long Arm Service on October 20, 2023.

2. A copy of the Petition is attached as Exhibit "A."

3. In the State Action, Plaintiff claims certain damages as a result of a motor vehicle accident. See Exhibit "A." Plaintiff alleges that the collision was caused by the negligence of Christopher Gibbs and Cruz Enterprises, LLC.

4. As shown below, this case falls within this Court's jurisdiction pursuant to 28 U.S.C. §1332, 1441 and 1446.

### This Court has Original Jurisdiction Pursuant to Diversity

5. As of the time of the filing of the Petition, and as of the date of the filing of this Notice of Removal, Cruz Enterprises, LLC, is and was a limited liability company. Cruz Enterprises, LLC, is comprised of one-member, German Cruz. Member, German Cruz is and was domiciled in Los Angeles, California.

6. As of the time of the filing of the Petition for Damages, and as of the date of the filing of this Notice of Removal, Christopher Gibbs is and was domiciled in Lancaster, California.

7. As of the time of the filing of the Petition for Damages, and as of the date of the filing of this Notice of Removal, Plaintiff, Nyles Moore is and was domiciled in Webster Parish, Louisiana.

8. The amount in controversy is greater than $75,000, exclusive of interest and costs. This is specifically alleged in the Petition at paragraph 15.

9. Therefore, this Court has original jurisdiction over this case as a matter of diversity jurisdiction. *See* 28 U.S.C. § 1332.

### Conclusion

10. Because this Notice of Removal is timely and all the prerequisites for removal, including those set out in 28 U.S.C. §1441 and 1446 have been met, Defendants give Notice of Removal, and will give written notice to Plaintiff, and will file a copy of this Notice of Removal with the Clerk of the Twenty-Sixth Judicial District Court, Webster Parish, Louisiana.

Shreveport, Louisiana this 16th day of November, 2023.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY & CROMWELL, L.L.P.

BY: s/ S. Michael Cooper
　　　S. Michael Cooper, Bar No. 24057
　　　Chelsey T. Colontonio, Bar No. 38526
　　　mcooper@padwbc.com
　　　ccolontonio@padwbc.com
400 Texas Street, Suite 400
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Telephone: (318) 221-1800
Facsimile: (318) 226-0390

ATTORNEYS FOR DEFENDANTS